# United States District Court
for the
## Southern District of New York
### Related Case Statement

#### Full Caption of Later Filed Case:

OLIVER BRUCKAUF, as Parent and
Natural Guardian
of E.B. , and OLIVER BRUCKAUF,
Individually et al.

**Plaintiff**

vs.

Melissa-Aviles Ramos, in her official
capacity as Chancellor of the New York City
Department of Education et al.

**Defendant**

**Case Number**

25-cv-

#### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

OLIVER BRUCKAUF, as Parent and
Natural Guardian
of E.B. , and OLIVER BRUCKAUF,
Individually et al.

**Plaintiff**

vs.

DAVID C. BANKS, in his official capacity as
Chancellor of the New York City
Department of Education, and the NEW
YORK CITY DEPARTMENT OF
EDUCATION

**Defendant**

**Case Number**

24-cv-05136-LGS



IH-32                                                                                                      Rev: 2014-1

**Status of Earlier Filed Case:**

☐ Closed — (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open — (If so, set forth procedural status and summarize any court rulings.)

On May 21 2025 [ECF 91] - Amended Complaint was dismissed in entirety. Plaintiffs have sought an Appeal before the 2nd Circuit, which is numbered 25-1355.

The entry of final judgment at the District Court is stayed because it pertains to "aspects of the case involved in the appeal" and this Court lacks jurisdiction.

**Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.**

The newly filed case and the previously filed case involve some of the same Plaintiffs. The earlier matter concerns the Plaintiffs' pendency placement and pendency rights for the 2024–2025 school year throughout the administrative and judicial process. In contrast, the newly filed complaint pertains to the 2025–2026 school year.

Signature: s/ Nicholas A. Marricco                                Date: July 9 2025

Firm: Liberty & Freedom Legal Group