UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
**OLIVER BRUCKAUF**, as Parent and Natural Guardian
of **E.B.**, and **OLIVER BRUCKAUF**, Individually, *et al.*,

                       Plaintiffs,

   -against-

**MELISSA AVILES-RAMOS,** in her official capacity as
Chancellor of the New York City Department
of Education, and the **NEW YORK CITY
DEPARTMENT OF EDUCATION**,

                       Defendants.
-----------------------------------------------------------------X

Civ. No. 25-cv-05679

**PROPOSED ORDER
TO SHOW CAUSE**

     Upon Plaintiffs' Memorandum of Law in Support of an Order to Show Cause for a Temporary Restraining Order ("TRO") and/or Preliminary Injunction, dated July 15, 2025, and upon all pleadings and proceedings heretofore had herein, it is

     **ORDERED** that the above-named Defendants shall show cause before the Honorable _____, United States District Judge, Room \_\_\_\_\_, at the United States Courthouse, located at _____, in the County and State of New York, on the _____ day of _____ at _____ o'clock in the _____ noon of such day, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to 20 U.S.C. § 1415(j) and Rule 65 of the Federal Rules of Civil Procedure, identifying the Plaintiffs' pendency programs/placements and requiring the Defendants to fund said programs/placements, inclusive of tuition and special transportation, and nursing where applicable, throughout the pendency of all administrative and judicial proceedings under the Individuals with Disabilities Education Act ("IDEA") relative to each Student's Due Process Complaint for the 2025–2026 extended school year; directing the DOE to fund each Student-Plaintiff's tuition and related services to the extent that each Parent-Plaintiff is obligated as per their respective tuition and

related service agreements, and granting such other, further, and different relief that the Court may deem just, proper, and equitable.

**ORDERED** that electronic service of a copy of this Order via the Defendants' service portal, and the annexed documents, upon the Defendants or their counsel on or before _____ o'clock, on _____, shall be deemed good and sufficient service thereof.

Dated: July 15, 2025
       New York, New York

ISSUED:

_____
United States District Judge