UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OLIVER BRUCKHAUF, *as Parent and Natural Guardian of E.B., et al.*,<br><br>       Plaintiffs,<br><br>    -v.-<br><br>MELISSA AVILES-RAMOS, *in her official capacity as Chancellor of the New York City Department of Education*, and NEW YORK CITY DEPARTMENT OF EDUCATION,<br><br>       Defendants. | 25 Civ. 5679 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

  For the reasons stated on the record at the August 14, 2025 telephonic conference, Plaintiff's motion for a preliminary injunction is DENIED.

  SO ORDERED.

Dated: September 2, 2025
     New York, New York

                     KATHERINE POLK FAILLA
                     United States District Judge