

**MEMO ENDORSED**

| | | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **KIMBERLY L. ROC**<br>(212) 356-2555<br>kroc@law.nyc.gov |

November 19, 2025

**BY ECF**
Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

    Re:    *Bruckauf et al. v. Melissa Aviles- Ramos et al.*
              25-cv-05679 (KPF)

Dear Judge Failla:

    I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and the attorney assigned to represent Defendants in the above-referenced matter. I write to respectfully request a 3-business day extension of time for Defendants to file their reply in this matter from today November 19, 2025 to November 24, 2025.

    Due to significant and unexpected work-related delays, Defendants respectfully request this extension of time to finalize and file their reply. The undersigned sincerely apologizes to the Court for the timing of this request, in that it was not made at least 2-business days prior to the instant deadline, as the undersigned had hoped to avoid requesting a further extension. This is the second request for an extension of time to file the reply. The Court granted Defendants' first extension request. (ECF No. 36). Plaintiffs consent to this extension request. Further, the extension, if granted, would not impact any future deadlines or appearances in this matter.

    Thank you for Your Honor's consideration

Respectfully submitted,

    /s/ KLR

Kimberly L. Roc
Assistant Corporation Counsel

- 2 -

cc.  **BY ECF**
Plaintiffs' counsel

Application GRANTED.  Defendants' deadline to submit their reply brief is ADJOURNED *nunc pro tunc* to **November 24, 2025.**

The Clerk of Court is directed to terminate the pending motion at docket entry 37.

Dated:     November 20, 2025          SO ORDERED.
           New York, New York

                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE