Proskauer Proskauer Rose LLP Eleven Times Square New York, NY 10036-8299

September 18, 2026

Nicole Lancia, Esq.
D: 212.969.3107
F: 212.969.2900

www.proskauer.com

***Via CM/ECF***
Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re: 25-cv-5679, 25-cv-7555, 26-cv-2462, 26-cv-3630
Notice of Attorney Withdrawal

Dear Judge Failla:

Please accept this letter requesting to withdraw as counsel from the above-captioned matters. I am no longer with Liberty & Freedom Legal Group, Ltd. and do not represent any of its clients. As such, I respectfully request to withdraw from each of these matters.

Respectfully submitted,

Nicole Lancia

Nicole Lancia, Esq.

Application GRANTED.

The Clerk of Court is directed to terminate Ms. Lancia from the docket.

Dated: September 21, 2026
New York, New York

SO ORDERED.

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE